IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WELLS FARGO FINANCIAL LEASING, INC.<br><br>VS.<br><br>NAHC, INC. | : CIVIL ACTION<br>:<br>: NO. 02-4748<br>:<br>: |

**ORDER**

AND NOW, this 24th of JULY, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Jan E. DuBois to the Honorable Stewart Dalzell.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court