IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WELLS FARGO FINANCIAL LEASING, INC. <br>     Plaintiff <br><br> v. <br><br> NAHC, INC. f/k/a NOVACARE, INC; SELECT MEDICAL CORP; REHABCLINICS, INC; and NOVACARE EMPLOYEE SERVICES, INC. <br>     Defendants <br><br> and <br><br> J.L. HALSEY CORPORATION f/k/a NAHC, INC. f/k/a NOVACARE, INC. <br>     Cross-Claim Plaintiff <br><br> v. <br><br> SELECT MEDICAL CORP; REHABCLINICS, INC; and NOVACARE EMPLOYEE SERVICES, INC. <br>     Cross-Claim Defendants | CIVIL ACTION 02-CV-4748 <br><br> FILED SEP 11 2002 |

## CERTIFICATE OF SERVICE

I, Patrick M. Northen, Esquire, hereby certify that on this 11th day of September, 2002, I caused a true and correct copy of the foregoing Answer, Affirmative Defenses and Cross-Claim to be served upon the following unrepresented party via first class mail:

NovaCare Employee Service, Inc.
2621 VanBuren Avenue
Norristown, PA 19403

Counsel for Plaintiff Wells Fargo Financial Leasing, Inc. and Cross-Claim Defendants Select Medical Corporation and Rehabclinics, Inc. have already been served with the Answer, Affirmative Defenses and Cross-Claim, which was filed with the Court on September 10, 2002.

_____
Patrick M. Northen