IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WELLS FARGO FINANCIAL LEASING, INC.** | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | CIVIL ACTION 02-CV-4748 |
| | : | |
| **NAHC, INC. f/k/a NOVACARE, INC;** | : | |
| **SELECT MEDICAL CORP;** | : | |
| **REHABCLINICS, INC; and** | : | |
| **NOVACARE EMPLOYEE SERVICES, INC.** | : | |
| **Defendants** | : | |
| | : | |
| and | : | |
| | : | |
| **J.L. HALSEY CORPORATION f/k/a NAHC, INC. f/k/a NOVACARE, INC.** | : | |
| **Cross-Claim Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **SELECT MEDICAL CORP;** | : | |
| **REHABCLINICS, INC; and** | : | |
| **NOVACARE EMPLOYEE SERVICES, INC.** | : | |
| **Cross-Claim Defendants** | : | |

## CERTIFICATE OF SERVICE

I, Patrick M. Northen, Esquire, hereby certify that on this 11th date of September, 2002, I caused a true and correct copy of the foregoing Answer, Affirmative Defenses and Cross-Claim to be served upon the following unrepresented party via first class mail:

NovaCare Employee Service, Inc.
2621 VanBuren Avenue
Norristown, PA 19403

471708_1

Counsel for Plaintiff Wells Fargo Financial Leasing, Inc. and Cross-Claim Defendants Select Medical Corporation and Rehabclinics, Inc. have already been served with the Answer, Affirmative Defenses and Cross-Claim, which was filed with the Court on September 10, 2002.

_____
Patrick M. Northen

471708_1