```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| WELLS FARGO FINANCIAL LEASING | : | CIVIL ACTION |
| v. | : | |
| NAHC, Inc. et al. | : | NO. 02-4748 |

<u>ORDER</u>

AND NOW, this 4th day of October, 2002, after a Rule 16 conference this day, it is hereby ORDERED that:

1. The parties shall work cooperatively to exchange information as well as meet and confer as necessary on all factual and legal questions;

2. On December 6, 2002, the plaintiff will provide the Court with a detailed report on the status of this case and will advise on whether it requires the Court's assistance in conducting a settlement conference; and

3. Scheduling of arbitration and motions for summary judgment to abide the outcome of any settlement conference.

BY THE COURT:

_____
Stewart Dalzell, J.