```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WELLS FARGO FINANCIAL LEASING    :        CIVIL ACTION
                                 :
     v.                          :
                                 :
NAHC, Inc. et al.                :        NO. 02-4748
```

## JUDGMENT

AND NOW, this 21st day of November, 2002, defendant Novacare Employee Services, Inc. having defaulted for failure to respond to plaintiff's complaint, and having on November 1, 2002 been served by mail with plaintiff's request to enter default judgment, and defendant having filed no objection to the request for final judgment, and the Court finding that reasonable attorney's fees in this matter should constitute 16.66% of the time plaintiff's counsel has incurred in connection with all defendants' defaults under their lease obligations, it is hereby ORDERED that JUDGMENT IS ENTERED in favor of Wells Fargo Financial Leasing, Inc. and against Novacare Employee Services, Inc. in the amount of $34,169.32, plus reasonable attorney's fees in the amount of $1,060.95, for a total of $35,230.27.

```
                                 BY THE COURT:


                                 _____
                                 Stewart Dalzell, J.
```