```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WELLS FARGO FINANCIAL LEASING   :      CIVIL ACTION
                                :
     v.                         :
                                :
NAHC, Inc. et al.               :      NO. 02-4748
```

ORDER

AND NOW, this 9th day of December, 2002, at the request of the parties, it is hereby ORDERED that a settlement conference shall convene at 2:00 p.m. on December 18, 2002 in Chambers (Room 10613).

BY THE COURT:

_____
Stewart Dalzell, J.