```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WELLS FARGO FINANCIAL LEASING    :        CIVIL ACTION
                                 :
     v.                          :
                                 :
NAHC, Inc. et al.                :        NO. 02-4748
```

## ORDER

AND NOW, this 16th day of December, 2002, the parties having reported that a settlement is imminent but that it would be useful to have a settlement conference scheduled for the week of December 23, 2002 in the event that their efforts to resolve this matter are unsuccessful, it is hereby ORDERED that:

1. The settlement conference scheduled for December 18, 2002 is POSTPONED until 11:00 a.m. on December 23, 2002 in Chambers (Room 10613); and

2. By 10:00 a.m. on Friday, December 20, 2002, plaintiff's counsel shall REPORT by fax (215-580-2156) on whether the settlement conference is still desired by the parties.

BY THE COURT:

_____
Stewart Dalzell, J.