```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WELLS FARGO FINANCIAL LEASING   :      CIVIL ACTION
                                :
         v.                     :
                                :
NAHC, Inc. et al.               :      NO. 02-4748
```

## ORDER

AND NOW, this 20th day of December, 2002, plaintiff's counsel having reported that the parties have settled this matter, it is hereby ORDERED that the settlement conference scheduled for December 23, 2002 is CANCELLED.

BY THE COURT:

_____
Stewart Dalzell, J.